NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SUSAN ROMANOK,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-2717
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.